# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAK FAI LEE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-666-EWD** |
| **DARRELL VANNOY, ET AL.** | **CONSENT CASE** |

## ORDER AND JUDGMENT OF DISMISSAL

Considering the Joint Motion to Dismiss,[1] filed by the Petitioner, Tak Fai Lee, and the Federal Respondents, through which the parties seek dismissal of the Petition for Writ of Habeas Corpus,[2]

**IT IS ORDERED ADJUDGED AND DECREED** that dismissal is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court **TERMINATE** this case and all pending deadlines on the docket.

Signed in Baton Rouge, Louisiana, July 23, 2026.

_____
**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] R. Doc. 15.

[2] R. Doc. 1.